Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Hans L. Mayer (SBN 291998)
hans.mayer@knobbe.com
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-551-3450

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Michael J. Ioannou (SBN 95208)
michael.ioannou@rmkb.com
Curtis R. Tingley (SBN 112322)
curtis.tingley@rmkb.com
Kevin W. Isaacson (SBN 281067)
kevin.isaacson@rmkb.com
Clark A. Waldon (SBN 312696)
clark.waldon@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street
Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
TOTAL BODY EXPERTS LLC, a California limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL BODY EXPERTS LLC, a California limited liability company,<br><br>Defendant. | Case No. 5:18-cv-00517<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL REMAINING DEADLINES**<br><br>Hon. Dean D. Pregerson |

Pursuant to L.R. 16-15.7 and 40-2, Plaintiff Monster Energy Company ("Plaintiff") and Defendant Total Body Experts, LLC ("Defendant") hereby notify the Court that the parties have executed a written settlement agreement that fully resolves this case.

The Settlement terms require that parties fulfill certain obligations over the next thirty-nine (39) days. Thus, the parties expect to submit a Stipulation of Dismissal once these obligations have been fulfilled and by no later than February 19, 2019. Accordingly, the parties respectfully request that the Court Stay all remaining dates in this action through February 28, 2019 to afford time for the aforementioned actions to occur.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 11, 2019   By: */s/ Paul A. Stewart*
   Steven J. Nataupsky
   Lynda J. Zadra-Symes
   Paul A. Stewart
   Hans L. Mayer

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

Dated: January 11, 2019   By: */s/* Kevin W. Isaacson (*With Permission*)
   Michael J. Ioannou (SBN 95208)
   Curtis R. Tingley (SBN 112322)
   Kevin W. Isaacson (SBN 281067)
   Clark A. Waldon (SBN 312696)

Attorneys for Defendant
TOTAL BODY EXPERTS LLC