1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MONSTER ENERGY COMPANY, a Delaware corporation,

Plaintiff,

v.

TOTAL BODY EXPERTS LLC, a California limited liability company,

Defendant.

Case No. 5:18-cv-00517

**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii) FOR DEFENDANT TOTAL BODY EXPERTS, LLC**

Hon. Dean D. Pregerson

Pursuant to the stipulation of Monster Energy Company and Total Body Experts, LLC, through their counsel of record, and for good cause, IT IS HEREBY ORDERED THAT:

This Action, including all claims and defenses, is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees, and the Court shall retain jurisdiction over this matter to enforce compliance with the parties' Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 2-1-19

_____
Honorable Dean D. Pregerson
United States District Judge

-1-